BOWNE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May

1, 1902.) Action by Frank R. Bowne against the Brooklyn Heights Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.